JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM CHASE CRESON, <br><br> Defendant. | No. CR18-293-JLR <br><br> ~~(PROPOSED)~~ ORDER TO SEAL DOCUMENT |

THIS MATTER has come before the undersigned on the motion to file Exhibit 4 of the Defendant's Sentencing Memorandum under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Exhibit 4 of the Defendant's Sentencing Memorandu, be filed under seal.

DATED this 6th day of May, 2019.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for William Chase Creson

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100